IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER BLAIR,** | § | |
| **Plaintiff,** | § | |
| | § | Case No. 1:18-CV--00160 |
| v. | § | |
| | § | JUDGE TIMOTHY S. BLACK |
| **KELCHNER, INC.** | § | |
| | § | |
| **Defendant.** | § | |

_____

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
_____

NOW INTO COURT, through undersigned counsel, comes Defendant Kelchner, Inc. and submits its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 as follows:

Kelchner, Inc. is a wholly owned subsidiary of Wood.  No publicly held corporation owns 10% or more of the stock of Wood.

Respectfully submitted this 20th day of April, 2018.

/s/ S. Mark Klyza
S. MARK KLYZA (Ohio Bar No. 27186)
JOSEPH R. WARD III (*Pro hac vice* to follow)
The Kullman Firm
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Phone: (504) 524-4162
Fax: (504) 596-4114
E-mail: smk@kullmanlaw.com
Email: jrw@kullmanlaw.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of April, 2018, the foregoing was filed electronically using the Court's CM/ECF system with the understanding that a copy of this pleading will be electronically served upon all persons registered to received ECF documents in this case.

>*/s/ S. Mark Klyza*
>*Counsel for Defendant*