# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BLAIR**, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:18-CV-00160 ) ) Judge Timothy S. Black ) |
| v. | ) **ORDER OF DISMISSAL WITH** ) **PREJUDICE AND APPROVAL OF** |
| **KELCHNER, INC.**, | ) **FLSA SETTLEMENT** ) |
| Defendant. | ) ) ) |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Joint Stipulation of Settlement and Release ("Settlement" or "Agreement") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Agreement and its Exhibits, the Declaration of Shannon M. Draher, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order of Dismissal and Approval of Settlement, the Agreement and its Exhibits, the proposed allocation and calculation of Individual Payments, the proposed Service Award to the Representative Plaintiff, and the proposed attorneys' fees and expense reimbursements to Plaintiffs' Counsel, as follows:

1. The captioned Action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201, *et seq.*, on behalf of Representative Plaintiff and the Opt-In Plaintiffs.

2. On March 2, 2018, Representative Plaintiff commenced the Action on behalf of himself and all others similarly situated to him with respect to the claims he asserted. Representative Plaintiff filed an Amended Complaint on March 12, 2018. Defendant filed an answer to the Amended Complaint disputing the material allegations both as to fact and law and denying any liability, and asserting several affirmative defenses.

3. The following class was conditionally certified by stipulation of the Parties on July 17, 2018: "All persons who Defendant employed or employs as non-exempt hourly employees who have not been paid for time spent traveling during the employees' normal working hours to jobsites in which an overnight stay is required" at any time during the relevant three-year period.

4. Following the distribution of the Court-authorized notice, 36 current and/or former employees of Defendant meeting the above definition opted in to this lawsuit.

5. Between June 2018 and December 2018, the Parties engaged in informal yet comprehensive discovery regarding Plaintiffs' claims and Defendant's defenses to such claims.

6. Plaintiffs' Counsel, in conjunction with its data analyst, computed Plaintiffs' damages by analyzing Plaintiffs' time and payroll records and the records relevant to the overnight jobs where Plaintiffs were assigned to work.

7. The Parties worked together for months to settle this case. The Parties reached a settlement on or about June 17, 2019.

8. The Settlement will cover Representative Plaintiff and 36 Opt-In Party Plaintiffs identified in Exhibit 1 of the Settlement ("Plaintiffs").

9. The Settlement Agreement provides that, in consideration of the Total Settlement Payment, the claims of the Plaintiffs are to be dismissed with prejudice.

10. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiffs' Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Representative Plaintiff and Opt-In Party Plaintiffs. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation; the amount offered in the Settlement; and the experience and views of counsel for the Parties.

11. The Court approves the Agreement and its Exhibits, and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein. The Court grants final approval of the Settlement as to the Representative Plaintiff and Opt-In Plaintiffs.

12. The Court finds that the proposed allocation and calculation of the Individual Payments to Class Members are fair and reasonable. The Court approves the method of calculation and proposed distribution of the Individual Payments. The Parties

have submitted with the Joint Stipulation of Settlement and Release an Exhibit providing the names of the Plaintiffs and the Individual Payments for the Class Members.  The Court approves the amounts and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

13. The Court approves the Class Representative Payment to the Representative Plaintiff in recognition of his service in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

14. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Agreement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

15. The Court dismisses the claims of the Plaintiffs, and enters final judgment dismissing them from the Action.  The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order of Dismissal With Prejudice and Approving Settlement immediately.

16. The Court retains jurisdiction over the Action to enforce the terms of the Settlement, including the distribution process.

**IT IS SO ORDERED.**

Date:  8/16/2019                    */s/ Timothy S. Black*
                                    Timothy S. Black
                                    United States District Judge