AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| CHRISTOPHER BLAIR | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-cv-160 |
| KELCHNER, INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Joint Motion for Order to Approve FLSA Collective Action Settlement (Doc. 38) is GRANTED. The Court hereby dismisses the Action with prejudice and all Released Claims against each and all Released Persons, and without costs to any of the parties except as expressly provided for in the Settlement Agreement. This case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on a joint motion for order to approve FLSA Collective Action Settlement.

Date: 8/16/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*